MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00024-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |
| v. | |
| MARQUIS ASAAD HOOPER and NATASHA RENEE CHALK | |
| Defendants. | |

WHEREAS, the discovery in this case contains a large amount of personal information including but not limited to, confidential communications between members of the Navy, numerous individuals' personal identifying information—including names, addresses, social security numbers, and phone numbers—, various individuals' financial information including bank statements, and other nonpublic documents ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

STIPULATION                                          1

THEREFORE, defendants MARQUIS ASAAD HOOPER and NATASHA RENEE CHALK, by and through their counsels of record ("Defense Counsels"), and plaintiff the UNITED STATES, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to either Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation, each Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Each Defense Counsel may permit the defendant to view unredacted documents in the presence of their attorneys, defense investigators, and support staff.  The parties agree that each Defense Counsel, defense investigators, and support staff shall not allow the defendants to copy Protected Information contained in the discovery.  The parties agree that each Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the Government.  Each Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Each Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Each Defense Counsel shall be responsible for advising the defendant, as well as each Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order.

STIPULATION                                       2

7. In the event that either defendant substitutes counsel, that defendant's Defense Counsel agrees to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound by this Stipulation and Order.

IT IS SO STIPULATED.

DATED: February 8, 2021

                                                        /s/ Michael McKneely
                                                        MICHAEL MCKNEELY
                                                        COUNSEL FOR MARQUIS ASAAD HOOPER

                                                        /s/ Benjaim Gerson
                                                        BENJAMIN GERSON
                                                        COUNSEL FOR NATASHA RENEE CHALK

                                                        /s/ Vincente A. Tennerelli
                                                        VINCENTE A. TENNERELLI
                                                        COUNSEL FOR UNITED STATES

**ORDER**

IT IS SO ORDERED.

Dated:  **February 9, 2021**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE