PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

MARQUIS HOOPER AND NATASHA CHALK,

Defendants.

Case No. 1:21-cr-00024-JLT-SKO

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 18, 2023, at 1:00 p.m., may be continued until February 15, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel and recently made packaged plea offers to the defendants. Defense counsel has further investigation to perform and wants to consider the plea offers. The parties agree that time under the Speedy Trial Act shall be excluded through February 15, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: January 11, 2023

*/s/ Michael McKneely*
MICHAEL MCKNEELY
Counsel for Marquis Hooper

Dated: January 11, 2023

*/s/ Meghan McLoughlin*
MEGHAN MCLOUGHLIN
Counsel for Natasha Chalk

Dated: January 11, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>MARQUIS HOOPER AND NATASHA CHALK,<br>Defendants. | Case No. 1:21-cr-00024-JLT-SKO<br>ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 18, 2023, at 1:00 p.m., is continued until February 15, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through February 15, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

DATED: 1/11/2022

Sheila K. Oberto
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE