PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARQUIS HOOPER AND NATASHA CHALK Defendants. | Case No. 1:21-cr-00024-JLT-SKO STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |

    The parties have reached plea agreements to resolve this case and will file the agreements with the Court shortly.  Accordingly, IT IS HEREBY STIPULATED that the case can be set for a change of plea hearing before the Honorable Jennifer L. Thurston on March 6, 2023, at 10:00 a.m.  The parties have confirmed this date with the Court.  The status conference that is scheduled for February 15, 2023, can be vacated.

    Time under the Speedy Trial Act has already been excluded through February 15, 2023.  Mr. Hooper and Mrs. Chalk's counsel are unavailable until March 6, 2023.  Therefore, the parties agree that time under the Speedy Trial Act shall be excluded for the additional period of

February 16, 2023, through March 6, 2023, in the interests of justice, including but not limited to, the need for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  February 13, 2023         */s/ Michael McKneely*
                                                MICHAEL MCKNEELY
                                                Counsel for Marquis Hooper

Dated:  February 13, 2023         */s/ Meghan McLoughlin*
                                                MEGHAN MCLOUGHLIN
                                                Counsel for Natasha Chalk

Dated:  February 13, 2023         */s/ Joseph Barton*
                                                JOSEPH BARTON
                                                Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00024-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |
| v. | |
| MARQUIS HOOPER AND NATASHA CHALK, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, this case is set for a change of plea hearing on March 6, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston. The status conference that is scheduled for February 15, 2023, is vacated. Time under the Speedy Trial Act has already been excluded through February 15, 2023. The additional period through March 6, 2023, is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/13/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE