Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
MARQUIS A. HOOPER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00024-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| MARQUIS A. HOOPER and NATASHA R. CHALK, | |
| Defendants. | |

### STIPULATION

Defendant Marquis Hooper, by his counsel Michael McKneely, and the United States of America through its counsel Assistant United States Attorney Joseph Barton, hereby stipulate as follows:

1. By previous order (Dkt. 60) this matter was set for sentencing on September 25, 2023.

2. The parties stipulate that good cause exists to continue the sentencing in this matter to October 16, 2023 because defense counsel has a scheduling conflict on September 25, 2023.

3. The draft presentence report has been disseminated. Counsel will now have through end of day September 18, 2023 to submit informal objections to the draft presentence report.

4. The final report will be filed with the Court and disseminated to counsel on September 25, 2023.

5. Formal objections, if any, are to be filed with the Court and served on the Probation Department and opposing counsel by end of day on October 2, 2023.

6. A reply to formal objections or a statement of non-opposition must be filed by end of day on October 10, 2023.

7. The Probation Department concurs with this schedule.

IT IS SO STIPULATED

DATED: August 22, 2023         MICHAEL McKNEELY,
                               CRIMINAL DEFENSE ATTORNEY

                               By: s/ Michael McKneely
                                   MICHAEL McKNEELY
                                   Attorney for Marquis Hooper

DATED: August 22, 2023         PHILLIP A. TALBERT
                               United States Attorney

                               By: s/ Joseph Barton by authorization
                                   JOSEPH BARTON
                                   Assistant United States Attorneys

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing in this matter be reset to **October 16, 2023** at 10:00 a.m.

Informal objections are now due on September 18, 2023; the final presentence report is now due on September 25, 2023; formal objections are due on October 2, 2023 and an reply or statement of non-opposition is due on October 10, 2023.

IT IS SO ORDERED.

Dated: **August 23, 2023**

UNITED STATES DISTRICT JUDGE